1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
5  Attorneys for Plaintiff
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11 ROSEMARY BUENO                )   Case No. 2:13-cv-955 KJN
                                 )
12                               )
                                 )   STIPULATION AND
13           Plaintiff,          )   ORDER EXTENDING PLAINTIFF'S
                                 )   TIME TO FILE SUMMARY
14 v.                            )   JUDGMENT MOTION
                                 )
15 COMMISSIONER OF SSA           )
                                 )
16           Defendant.          )
                                 )
17 _____)
18
19      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
20 Plaintiff's time to file her summary judgment motion is hereby extended from November 26, 2013,
21 to December 3, 2013.  Plaintiff's counsel is unable to complete the brief due to a migraine
22 headache.
23
24
25
26
27
28

1

| | |
|---|---|
| Dated: November 26, 2013 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |
| Dated:   November 26, 2013 | Benjamin B. Wagner<br>United States Attorney<br><br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>/s/Jean Turk<br>JEAN TURK<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   November 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2