BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY BUENO ) ) ) ) Plaintiff, ) ) v. ) ) COMMISSIONER OF SSA ) ) Defendant. ) ) | Case No. 2:13-cv-955 KJN  STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from November 26, 2013, to December 3, 2013.   Plaintiff's counsel is unable to complete the brief due to a migraine headache.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 26, 2013 | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |

Dated:   November 26, 2013        Benjamin B. Wagner
                                  United States Attorney

                                  Donna L. Calvert
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/Jean Turk
                                  JEAN TURK

                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   November 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2